UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ERIN MARTIN,** individually and on behalf all others similarly situated, | ) Case No. 4:15-cv-40055-TSH )  ) |
| Plaintiff, | ) ) **NOTICE OF VOLUNTARY** |
| vs. | ) **DISMISSAL** ) |
| **WILLIAMS & FUDGE, INC.,** | ) ) |
| Defendant. _____ | ) ) ) |

NOW COMES Plaintiff, ERIN MARTIN ("Plaintiff"), by and through the undersigned counsel, and pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(i)*, hereby voluntarily dismisses the instant action. Plaintiff dismisses her individual claims *with* prejudice and the putative class claims *without* prejudice.

Respectfully Submitted,

*/s/ Sebastian Korth*
Sebastian Korth, Esq.
BBO # 676127
Korth Law Office
One Center Plaza, Suite 220
Boston, MA 02108
p 617-259-1955
f 617-238-2167
SKorth@korthlawoffice.com